```
                                            FILED

                                            SEP 03 2013
                                        CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                        BY _____
                                                 DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrants of: One Samsung cellular telephone, Barcode Number 268435460711976588; One Kyocera Cellular telephone, MEID: 268435457815465049; One Samsung Cellular telephone, Serial Number YSICC05MS/2-B; One Huawei Cellular telephone, Serial Number B7PIED1270800122; One Motorola Cellular telephone, Serial Number 364VKT4FX7; One My Touch Cellular telephone, Serial Number SH16JRM02821; and One Huawei Cellular telephone, Serial Number B7PIED1250400037. | Case No. 2:13-SW-531 DAD<br>Case No. 2:13-SW-532 DAD<br>Case No. 2:13-SW-533 DAD<br>Case No. 2:13-SW-534 DAD<br>Case No. 2:13-SW-535 DAD<br>Case No. 2:13-SW-536 DAD<br>Case No. 2:13-SW-537 DAD |

Pursuant to Rule 41 and based upon the good cause presented by the United States in its motion, the Court hereby orders that the United States may have an additional 30 days to complete the search of seven cellular telephones identified in Case No. 2:13-SW-531 DAD, Case No. 2:13-SW-532 DAD, Case No. 2:13-SW-533 DAD, Case No. 2:13-SW-534 DAD, Case No. 2:13-SW-535 DAD, Case No. 2:13-SW-536 DAD, and Case No. 2:13-SW-537 DAD, up to September 27, 2013.

**IT IS SO ORDERED.**

DATED: 9-3-13

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE